UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHILLIP MCCLOUD,

                                          Plaintiff,

-vs-

                                                              25-CV-06189

KEVIN PASK, *Correction Officer*, and
STACY DOOLAN, *Superintendent of Programs*,          ORDER

                                          Defendants.

---

The Honorable Colleen D. Holland, United States Magistrate Judge, having issued a Report and Recommendation [ECF No. 33] on April 23, 2026, recommending that Defendant's motion to dismiss [ECF No. 28] be granted and that this matter be dismissed in its entirety with prejudice for failure to prosecute, and no objections having been filed, and that the time for filing objections has passed, it is hereby

ORDERED, that the Report and Recommendation [ECF No. 33] recommending granting Defendant's motion [ECF No. 28] is affirmed and adopted in all respects; and it is further

ORDERED, that this matter is dismissed in its entirety with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:      July 22, 2026               ENTER:
            Rochester, New York

                                        HON. MEREDITH A. VACCA
                                        United States District Judge